UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MICHAEL TOMS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>T. FOSS, Warden,<br><br>　　　　　　Respondent. | Case No. 2:17-cv-07633-PA-JC<br><br>JUDGMENT |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

　　IT IS SO ADJUDGED.

DATED: February 9, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE